FILED'06 MAR 27 15:28USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JOHN DANIEL MAHAM,

       Petitioner,

  v.            Civil No.: 06-203-TC

OREGON,

       Respondent.

## FINDINGS AND RECOMMENDATION

Petitioner was ordered on February 24, 2006, to file an amended application to proceed in forma pauperis, or to submit the requisite filing fee within 30 days of this court's order denying petitioner's motion [#1] to proceeding in forma pauperis. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: March 27, 2006.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION